# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

|  |  |
|---|---|
| L.M. and P.M., individually, and on behalf of their minor child, K.M. ) ) ) ) | |
| Plaintiffs, ) ) | **COMPLAINT** |
| v. ) ) | |
| Brookline Public Schools, ) ) | |
| Defendant. ) ) | |

## I. PRELIMINARY STATEMENT

1. K.M. and her parents, L.M. and P.M. ("Parents"), prevailed in a due process hearing before the Bureau of Special Education Appeals ("BSEA"), challenging the failure of Brookline Public Schools to provide K.M. with appropriate special education services. The Student and Parents now bring this action seeking reasonable attorneys' fees pursuant to the Individuals with Disabilities Education Act (IDEA), 20 U.S.C. §1400 *et. seq.*

## II. JURISDICTION

2. This Court has jurisdiction pursuant to 20 U.S.C. §1415(i)(3)(A) and venue under 28 U.S.C. § 1331.

## III. PARTIES

3. Plaintiff K.M. is a nine year-old student to whom the BSEA Hearing Officer awarded placement at a private special education school, Realizing Children's Strengths ("RCS"). She resides with Parents, L.M. and P.M., in Brookline, Massachusetts.

4. Defendant Brookline Public Schools ("Brookline") is established under laws of the Commonwealth of Massachusetts and is a public corporation with the capacity to be sued.  It receives federal funds from the United States Department of Education pursuant to the IDEA, 20 U.S.C. § 1400 *et. seq.*, and is required to provide special education services which assure a free and appropriate public education for all students with disabilities who are eligible for special education and who reside within the school district.

IV. STATEMENT OF FACTS

5. Parents disagreed with Brookline over the special education services and placement for K.M.  In January 2013, Parents and Student retained Daniel T.S. Heffernan of Kotin, Crabtree & Strong, LLP to represent K.M..

6.  After negotiations between the parties and Brookline did not resolve the areas of disagreement, DLC requested a hearing before the BSEA on May 27, 2015.

7.  The BSEA hearing took place on April 28, 29, 30 and May 15, 2015.

8.  Hearing Officer Amy Reichbach issued a decision on July 13, 2015 which afforded Plaintiffs all the relief they sought.  See Exhibit A, "Decision," dated July 13, 2015.

9.  Hearing Officer Reichbach ordered Brookline develop an IEP to place K.M. at RCS for 2015-2016 school year.

10.     Brookline has refused to reimburse Plaintiffs for any attorney fees incurred for representation during the successful proceeding.

V.  CAUSE OF ACTION

10.  Plaintiffs re-allege paragraphs 1 through 10 above and incorporate the same as if fully set forth herein.

11. Plaintiffs are the prevailing party within the meaning of the IDEA, 20 U.S.C. §1415(i)(3)(B), and as such are entitled to an award of reasonable attorneys' fees.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for the following relief:

a) that this Court take jurisdiction of this matter;

b) that this Court make a determination that Student was prevailing party for purposes of an award of attorneys' fees;

c) that this Court award plaintiffs' counsel reasonable attorneys' fees pursuant to the Individuals with Disabilities Education Act; and

d) that this Court award such other and further relief as it deems proper.

Respectfully submitted,
K.M. and P.M. L.M., Plaintiffs
By their attorneys,

Date: August 10, 2015

/s/Daniel T.S. Heffernan
Daniel T.S. Heffernan, BBO #550794
Kotin, Crabtree & Strong, LLP
One Bowdoin Square
Boston, MA 02114-2919
dheffernan@kcslegal.com
Tel: (617) 227-7031
Fax: (617) 367-2988